# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDON FAVOR LIMITED LIABILITY PRACTICUM,<br><br>Plaintiff,<br>v.<br><br>BLACK LIVES MATTER, *et al.*,<br><br>Defendants. | Case No. 3:20-cv-00526-MMD-CSD<br><br>ORDER |

*Pro se* Plaintiff Brandon Favor Limited Liability Practicum brought this 42 U.S.C. § 1983 action against Defendants Black Lives Matter, Michelle Obama, Amaru Records Incorporated, and Reba Ann Stevens. (ECF No. 1-1.) As further explained below, the Court dismisses this case without prejudice for failure to prosecute under Fed. R. Civ. P. 41(b).

The Court notes that since filing the lawsuit on September 17, 2020, Plaintiff has failed to take any further action in this case, and has not filed an application to proceed *in forma pauperis* ("IFP Application"), paid the filing fee, or otherwise prosecuted the case. On April 19, 2022, the Court issued an order warning Plaintiff that it would dismiss this case for failure to prosecute under Fed. R. Civ. P. 41(b) if Plaintiff did not file an application to proceed *in forma pauperis* ("IFP Application") or pay the filing fee within 30 days. (ECF No. 5.) To date, Plaintiff has failed to comply with the Court's order, and the Court accordingly dismisses this case without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b); LR 41-1; *Link v. Wabash R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted"); *Henderson v. Duncan*, 779 F.2d 1421, 1424

(9th Cir. 1986) (affirming dismissal for lack of prosecution and failure to comply with local rules).

It is therefore ordered that this case is dismissed, in its entirety, without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 23rd Day of May 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE